| Submit this form by e-mail to: | FILED |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty. | |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty. | 2022 MAR -1  AM 11: 13 |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CD

| UNITED STATES OF AMERICA<br>V.<br><br>Joseph Damon Denham<br>USMS# 74291-112 | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER:<br>5:16-CR-00130-VAP-2<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 3/01/2022 at 10:00  ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 3583 (e)(3) Probation Violation

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1990

8. Defendant has retained counsel:  ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty PTS Officer

10. Remarks (if any): _____

11. Name: Job Gudino   (please print)

12. Office Phone Number: 213-620-7676

13. Agency: U.S.M.S.

14. Signature: [signature]

15. Date: 3/01/2022

CR-64 (09/20)    REPORT COMMENCING CRIMINAL ACTION