```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                         MAR - 1 2022

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY                     DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 16-CR-00130-VAP |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER OF DETENTION AFTER |
|  | ) HEARING |
| JOSEPH DAMON DENHAM, | ) |
|  | ) [Fed.R.Crim.P. 32.1(a)(6); |
| Defendant. | ) 18 U.S.C. 3143(a)] |

The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\

\\

\\

A.   (X)   The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on Defendant's

- absconder status; and
- history of multiple failures to appear, probation violations and revocations;

and

B.   (X)   The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on Defendant's

- multiple firearms arrests;
- failure to proffer sufficient evidence to meet the defendant's burden on this issue; and
- substantial criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: March 1, 2022

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE